Clerk of Bankruptcy Court                                      March 12, 2009
Bernard McCarthy
Deputy Clerk
Mary Lynch
Case # 09-60157


Hello, this letter is in reference to the Deficiency Notice I received from you, and the phone conversation I had with Peggy today the 12th of March 2009.

Concerning the pay stubs for 60 days prior to my filing date, I was pretty sure that I sent them with the rest of my paperwork. But if you say they weren't in the folder than I believe you, and I am sending them as fast as I can to you. They are included in this envelope.

Also I had an X on *"the item that relates to an education individual retirement account."* I do not have any type of education retirement account for anyone. This statement is true and accurate to the best of my knowledge.

I apologize for the error, and hope you have a nice day. Let me know if you need anything else.

                                                                     Thank You,
                                                                     James Moe